Antwoine LEACH, Plaintiff—Appellant,

v.

The BALTIMORE CITY POLICE DEPARTMENT; Unknown Police Officer, Defendants—Appellees.

No. 03–7614.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Antwoine Leach, Appellant pro se.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antwoine Leach appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Leach v. Baltimore City Police Dep't,* No. CA–03–1925–AMD (D.Md. Sept. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*